# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

Clifford W. Taylor,
Chief Justice

134901

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARY ANN BANKS, as Personal
Representative of the Estate of
Dennis E. Banks, Sr., Deceased,
        Plaintiff-Appellee,

v

        SC: 134901
        COA: 277322
        Washtenaw CC: 05-001120-NH

BRUCE J. GENOVESE, M.D., and
MICHIGAN HEART, P.C.,
        Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the July 12, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008                                   
                                        Clerk